**FRIENDS OF THE CLEARWATER;
et al., Plaintiffs–Appellants,**

v.

**Kathleen MCALLISTER, in her official
capacity as Deputy Regtional Forester
for region One of the Forest Service;
et al., Defendants—Appellees.**

No. 02–35789.

D.C. No. CV–02–00106–DWM.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 21, 2003.

Before BEEZER, KLEINFELD and
PAEZ, Circuit Judges.

MEMORANDUM**

This preliminary injunction appeal
comes to us for review under Ninth Circuit
Rule 3–3. We have jurisdiction under 28
U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief only
to limited review. *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir.1999).
Our review of an order regarding a preliminary injunction "is much more limited
than review of an order involving a permanent injunction, where all conclusions of
law are freely reviewable." *Id.* A decision
regarding a preliminary injunction is reviewed for abuse of discretion, which oc-
curs only if the district court based its
decision on either an erroneous legal standard or clearly erroneous factual findings.
*Id.*

We cannot say that the district court
abused its discretion here. We therefore
affirm the district court's order granting in
part and denying in part the preliminary
injunction. Our disposition will affect the
rights of the parties only until the district
court renders final judgment. *Sports
Form, Inc. v. United Press International*,
686 F.2d 750, 752 (9th Cir.1982).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the
courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.